LAW OFFICES OF DAVID M. WALLIN
David M. Wallin, Esq. SBN 128444
41319 12TH Street West, Suite 101
Palmdale, California 93551
Tel: (661) 267-1313

Attorney for Defendant,
SUSAN EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05:05-CR-0005 TAG |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| SUSAN EDWARDS, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Further Compliance Hearing set for May 10, 2007 at 9:30 a.m. in Edwards Air Force Base be vacated.

Dated: April 9, 2007

THERESA A. GOLDNER
U.S. Magistrate Judge

- 5 -

UNITED STATES OF AMERICA V. SUSAN EDWARDS, CASE NO. 05:05-CR-0005 TAG

<u>**ANTELOPE VALLEY OFFICE**</u>

41319 12th Street West, Suite 101
Palmdale, California 93551
Wallin Professional Building
(661) 267-1313 office
(661) 267-1346 facsimile

# LAW OFFICES OF DAVID M. WALLIN
### ATTORNEYS AT LAW
### A PROFESSIONAL LAW CORPORATION

David M. Wallin   Tyson R. Beers   Alfredo Guevara III

<u>**SANTA CLARITA VALLEY OFFICE**</u>

23929 West Valencia Boulevard, Suite 411
Santa Clarita, California 91355
Bank of America Building
(661) 222-2253 office
(661) 267-1346 facsimile

# FACSIMILE COVER SHEET

This message is intended only for the use of the individual or entity to which it is addressed. This message may contain information which is confidential, privileged, and/or exempt from disclosure under applicable provisions of California and federal law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify our office immediately and return the message to our office via the United States postal Service.

This message consists of __14__ pages including this page.

To: <u>Alan C. Leon Guerrero, Courtroom Deputy Clerk, USDC @ (661) 327-4921</u>

From: <u>Chandra K. Wolf, Legal Assistant of David M. Wallin, Esq.</u>

Date: <u>5 April 2007</u>                    Time: <u>5:15 p.m.</u>

RE: <u>U.S. v. Susan Edwards, Case No. 05:05-CR-0005 TAG</u>
<u>10 May 2007 at 9:30 a.m., US Courthouse, Edwards AFB</u>

Attached please find the following pleading for fax filing:

**NOTICE OF PROOF OF COMPLIANCE; REQUEST TO VACATE THE 5/10/2007 COMPLIANCE HEARING; ORDER**

It is our understanding that the court will then render the Order by way of Electronic Notice to all parties involved.

Should you have any questions, please feel free to email me at cwolf@wallinlaw.com . Thank you for your time and assistance.

1  LAW OFFICES OF DAVID M. WALLIN
   David M. Wallin, Esq., SBN 128444
2  41319 12TH Street West, Suite 101
3  Palmdale, California 93551
   Tel: (661) 267-1311
4

5  Attorney for Defendant,
   SUSAN EDWARDS
6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    CASE NO. 05:05-CR-0005 TAG
                                     )
12              Plaintiff,           )
                                     )    NOTICE OF PROOF OF COMPLIANCE;
13 vs.                               )    REQUEST TO VACATE THE 5/10/2007
                                     )    COMPLIANCE HEARING; ORDER
14 SUSAN EDWARDS,                    )
                                     )
15              Defendant.           )
16 _____ )

17
        David M. Wallin, attorney for defendant SUSAN EDWARDS, hereby gives notice of proof of
18
   compliance by defendant, SUSAN EDWRDS, pursuant to the Judgment entered on April 17, 2006 and
19
20 the Compliance Hearing held on October 12, 2006.

21      On January 2, 2007, David M. Wallin, attorney for defendant SUSAN EDWARDS, provided

22 Government Counsel Darrin K. Johns, with proof of over 90 AA/NA meetings attended by defendant,

23 SUSAN EDWARDS, pursuant to said Judgment. (A copy of said proof is attached hereto as Exhibit A).
24
        On January 3, 2007, Government Counsel Darrin K. Johns telephoned David M. Wallin and
25
   acknowledged his receipt of and satisfaction with said proof.
26

27 ///

28                                          - 1 -

Respectfully submitted,
Law Offices of David M. Wallin

Dated: 4/4/07

By: _____
David M. Wallin
Attorney for Defendant
SUSAN EDWARDS

-2-

**EXHIBIT A**

NAME: Susan E.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| # | Date | AA/NA Meeting | Secretary | # | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|---|---|
| 1. | 12-6-06 | Open Door 9a | JC | 8. | 12/8/06 | Open Door | Mary |
| 2. | 12/6/06 | Open Door | JC | 9. | 12/9/06 | Arvid Club | Cliff |
| 3. | 12/7/06 | Arvid Club | Safe Place | 10. | 12/9/06 | Open | Mary |
| 4. | 12/7/06 | Open Door | Scott | 11. | 12/9/06 | Open Door | Scott |
| 5. | 12/7/06 | Open Door | JC | 12. | 12/10/06 | Arvid Club | JC |
| 6. | 12/8/06 | Arvid Club | Safe | 13. | 12/10/06 | Open Door 9a | Scott |
| 7. | 12/8/06 | Open Door 9a | Joe | 14. | 12/10/06 | Open Door | Mary |

## GROUP ATTENDANCE

| # | TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

**NAME** Susan E.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| | Date | AA/NA Meeting | Secretary | | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|---|---|
| 1. | 12/1/06 | one day at a time 4:30 PM | JE | 8. | 12/4/06 | Arrid Club 8a | JE |
| 2. | 12/2/06 | arrid club 8a | JE | 9. | 12/4/06 | open Door 9a | Pat |
| 3. | 12/2/06 | open Door 9a | Pat | 10. | 12/4/06 | open Door 11a | Joe |
| 4. | 12/2/06 | open Door 11a | Joe | 11. | 12/5/06 | arrid club 8a | JC |
| 5. | 12/3/06 | arrid club 8a | JE | 12. | 12/5/06 | open door 9a | Pat |
| 6. | 12/3/06 | open door 9a | Pat | 13. | 12/5/06 | Open Door | Joe |
| 7. | 12/3/06 | open door 11a | Joe | 14. | 12/6/06 | Arrid Club 8a | JE |

## GROUP ATTENDANCE

| | TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

NAME: Susan Z.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| Date | AA/NA Meeting | Secretary | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|
| 1. 11-26-06 | Section Sunday | *[illegible]* | 8. 11/29/06 | *[illegible]* | *[illegible]* |
| 2. 11/26/06 | Shalaly 11 | SW | 9. 11/30/06 | *[illegible]* | *[illegible]* |
| 3. 11/27/06 | Winners Bam | Gail | 10. 1-12-06 | Open Door | Billy |
| 4. 11/27/06 | 11am open door | *[illegible]* | 11. 1/12/06 | open door 12p | Jeff |
| 5. 1/10/06 | open door 12p | Scott | 12. 1-2/06 | *[illegible]* | *[illegible]* |
| 6. 1/28/06 | *[illegible]* | *[illegible]* | 13. 1/2/06 | open door | *[illegible]* |
| 7. 1/11/06 | open door 12p | *[illegible]* | 14. 1/2/06 | open door | *[illegible]* |

## GROUP ATTENDANCE

| | TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

NAME: Susan E.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| # | Date | AA/NA Meeting | Secretary | # | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|---|---|
| 1 | 11-9-06 | Open Door Book Study | Urenie | 8 | 11-14 | W---- JE | Bn- |
| 2 | 11/11/06 | Sat ARdus 9AM | | 9 | 11-14 | open door 8AM W/L | 7AM |
| 3 | 11-11-06 | open door | | 10 | 11-15 | 8AM W/L | |
| 4 | 11-12-06 | Sp.C. Study | | 11 | 1/16 | 8am Winers | Paul |
| 5 | 11/14/06 | Open Door | SN | 12 | 11/16/06 | 9am 509 W-Ave H-8 | Pilar |
| 6 | 11/13/06 | 11AM ARoclu | Paul | 14 | 11/16/66 | open door | |
| 7 | 11/13 | 9AM AA | | 15 | 11/17/06 | 8am ARID | |

## GROUP ATTENDANCE

| TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

NAME: Susan E.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| Date | AA/NA Meeting | Secretary | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|
| 1. 10-16-06 | Rosamond Sun/one | [sig] | 8. 10-21 | AA Open Door | Annie |
| 2. 10/17 | AA Bd. | Scott S | 9. 10/23 9am O.D. | | Scott S |
| 3. 10-18 | 9am open | Winee | 10. O.D.S. 9pm O.D | | [sig] |
| 4. 10-18-06 | 12pm OpenDoor | YB | 11. 10/24 9am AA | | Scott S |
| 5. 10-20-06 | 9Am OpenDoor | B | 12. 10/24 12noon AA | | Phillip |
| 6. 10-20-06 | Noon OpenDoor | Annie | 13. 10/24/06 OpenDoor | | Pilar |
| 7. 10-21-06 | 9Am Opendoor | [sig] | 14. 10/26/6 Open Door | | Gary H |

## GROUP ATTENDANCE

| | TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

NAME: Susan F.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| Date | AA/NA Meeting | Secretary | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|
| 1. 10/28/06 9AM O.D. | | | 8. 10/31/06 Open Air | | |
| 2. 10/29/06 11:00am Open Door Shalely | | | 9. 11/01/06 Rid Club | | |
| 3. 10 30 Bo-Winners GW | | | 10. 11-1-06 open Door muna | | |
| 4. 10-30-6 9am Open Door Scotts | | | 11. 11-1-06 12pm OPenDoor YB | | |
| 5. 10-30-06 12pm Opendoor | | | 12. 11-2-06 8:00am | | |
| 6. | | | 13. 11-2-06 9:00am 509 West Ave | | |
| 7. 10/31/6 9AM OPEN DOOR Scotts | | | | | |

## GROUP ATTENDANCE

| | TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

**NAME** SUSAN E.

The undersigned, secretary or meeting leader, hereby certifies the the bearer attended a regular meeting of Alcoholics Anonymous or Narcotics Anonymous on the dates and at the locations shown below.

## MEETING ATTENDANCE

| Date | AA/NA Meeting | Secretary | Date | AA/NA Meeting | Secretary |
|---|---|---|---|---|---|
| 1. 11/04/06 | NA (Sat. Mon) 8:00 A.M. | Terri | 8. 11/6 | Open door | Lola |
| 2. 11/4/06 | 9:00 AM Newton | freeC | 9. 11/07/06 | 8 am winners | Conni |
| 3. 11-4-06 | 12 pm Open Door | YB | 10. 11-7 | 9 am AA | Scott S |
| 4. 11-5-06 | 8 pm Spot | Eric | 11. 11-7 | 12 noon AA | Phillip |
| 5. 11/6/06 | Open door 11am S | | 12. 11-8-06 | 8 am | MJ |
| 6. 11/6/06 | 10 M ARIS | | 13. 11-8-06 | 9 am open door | winner |
| 7. 11/6 | 9 am AA Scotts | | 14. 11/9/06 | 8:00 am winners | Jay |

## GROUP ATTENDANCE

| | TREATMENT PROVIDER | SIGNATURE AND DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

LAW OFFICES OF DAVID M. WALLIN
David M. Wallin, Esq. SBN128444
41319 12TH Street West, Suite 101
Palmdale, California  93551
Tel: (661) 267-1313

Attorney for Defendant,
SUSAN EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 05:05-CR-0005 TAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | REQUEST TO VACATE THE 5/10/2007 |
| vs. | ) | COMPLIANCE HEARING |
| | ) | |
| SUSAN EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

On October 12, 2006 a Further Compliance Hearing was set for May 10, 2007 at 9:30 a.m. in Edwards Air Force Base (TAG) before Judge Goldner. The defendant, SUSAN EDWARDS, was ordered to appear at the further compliance hearing unless a prior written order was issued by the Court vacating such hearing.

Due to the fact that the defendant, SUSAN EDWARDS, has provided proof of compliance with the Judgment entered on April 17, 2006, David M. Wallin, attorney for defendant SUSAN EDWARDS, hereby requests that the Court issue a written order vacating the compliance hearing set for May 10,

-3-

UNITED STATES OF AMERICA v. SUSAN EDWARDS, CASE No. 05:05-CR-0005 TAG

2007. Government Counsel Darrin K. Johns has relayed to the Law Offices of David M. Wallin that he is not opposed to the Court vacating said compliance hearing.

Respectfully submitted,
Law Offices of David M. Wallin

Date 9/4/07

By: _____
David M. Wallin
Attorney for Defendant
SUSAN EDWARDS

- 4 -